UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JULIAN DE LA CRUZ,                              :     **NOTICE OF APPEARANCE**
                                                :
                Petitioner,                     :
                                                :     CV-08-4548 (BSJ)(DFE)
        - against -                             :
                                                :
SUPERINTENDENT WILLIAM D. BROWN,                :
                                                :
                Respondent.                     :
                                                :
------------------------------------------------------------- x

   PLEASE TAKE NOTICE that respondent, Superintendent William D. Brown, his attorney, ANDREW M. CUOMO, Attorney General of the State of New York, hereby requests that all future papers be served upon the Attorney General, to the attention of Paul M. Tarr, Assistant Attorney General, now the lead and notice attorney for respondent in relation to the above-captioned matter, at paul.tarr@oag.state.ny.us or 120 Broadway, 22nd Floor, New York, New York 10271-0332.

Dated:   New York, New York
         July 9, 2008

                                        ANDREW M. CUOMO
                                        Attorney General of the
                                        State of New York
                                        Attorney for the Respondent

                        By:     /s/ Paul M. Tarr
                                PAUL M. TARR
                                Assistant Attorney General
                                120 Broadway
                                New York, New York  10271
                                Paul.tarr@oag.state.ny.us
                                (212) 416-8785

**DECLARATION OF SERVICE**

PAUL M. TARR, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that, on July 9, 2008, he served the annexed notice of appearance upon petitioner, by having it mailed via the United States Postal Service, to the petitioner at the following address:

>Mr. Julian de la Cruz
>03 A 4819
>Eastern Correctional Facility
>P.O. Box 338
>Napanoch, New York 12458

>  /s/ Paul M. Tarr
> Paul M. Tarr
> Assistant Attorney General
> (212) 416-8785
> Paul.tarr@oag.state.ny.us

Executed on July 9, 2008